UNITED STATED DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

DUANE MITCHELL,

    Plaintiff,                                  Case No. 1:14-cv-01064

V                                             Chief Judge Paul L. Maloney

SCHISLER LAW, PLC, SCOTT A. SCHISLER,
AND RUSTIN ALLEN SCHISLER.

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court, held in the
Western District of Michigan, State of Michigan
On: November 30, 2015

PRESENT: THE HONORABLE Paul L. Maloney, United States District Judge

This matter having come before the Court on the stipulation of counsel for Plaintiff and Defendant and this Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

**This is final Order that closes this case.**

November 30, 2015                                         /s/ Paul L. Maloney
                                                             DISTRICT COURT JUDGE
                                                             PAUL L. MALONEY

OPEN.21898.43491.16172014-1